UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------X    Chapter    **13**

IN RE:    Ioanna C. Dourakis

Case No.:

Debtor(s)    STATEMENT PURSUANT TO LOCAL RULE 2017
-----------------------------------------------X

I, **Kenneth Halpern, Esq.**, an attorney admitted to practice in this Court, state:

1. That I am the attorney for the above-named debtor(s) and am fully familiar with the facts herein.

2. That prior to the filing of the petition herein, my firm rendered the following services to the above-named debtor(s):

    To date, I have expended 6 1/4 hours in this matter. This time has been expended for telephone consultations with the debtors; conferences with the debtors; review documentation supplied by client, research; preparation and review of the Petition, Statement of Financial Affairs, Chapter 13 Summary and Chapter 13 Plan, and means test analysis; review of Petition, Statement of Financial Affairs and etc., with the client prior to execution; research and filing of petition; preparation and mailing of letters to creditors who have instituted suit or threatened suit against the debtor.

3. That my firm will also represent the debtor(s) at the first meeting of creditors.

4. That all services rendered prior to the filing of the petition herein were rendered by my firm.

5. That my usual rate of compensation of bankruptcy matters of this type is $ __350__ __per hour__.

Dated: January 2, 2007

S/Kenneth Halpern kh1710
**Kenneth Halpern, Esq.**
Attorney for debtor(s)
**Kenneth Halpern, Esq.**
**666 Old Country Road, Suite 701**
**Garden City, NY 11530**

**(516) 222-1199 Fax:(516) 222-4585**