UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In Re:                                                                 Case No:
                                                                              Chapter 13
IOANNA C DOURAKIS
                                                                     **AFFIRMATION - PAY STATEMENTS**
                        Debtor.
-------------------------------------------------------X

I, IOANNA C. DOURAKIS, also known as Joanna Dourakis, affirm the truth of the following under the penalty of perjury:

1. I am the debtor who is filing a Chapter 13 bankruptcy proceeding.

2. I was the sole stockholder of a business know as Dourakis Music, Inc. The business manufacturers CDs. The business closed in 2004, and I have not operated the business since then.

3. I had no income in 2005 and was, therefore, not obligated to file a tax return for 2005

4. I have a Bachelors Degree in teaching and work as a private music teacher earning approximately $2,350 per month. I am paid in cash and, therefore, do not have any pay statements. I have been tutoring since April 2006.

5. I was employed during the 60 day period before filing my petition, but did not receive any payment advises or other evidence of payment from my employer or clients.

6. I also do some part time babysitting earning approximately $925 per month.

I declare under the penalty of perjury that I have read the foregoing statement and that it is true and correct.

Date: December 22, 2006

_____
Ioanna C. Dourakis, Debtor

kh1710

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
In Re:                                          Case No:
                                                Chapter 13
IOANNA C. DOURAKIS
                                                **AFFIRMATION OF CONTRIBUTION**
         Debtor.
------------------------------------------------------X

I, FANI DOURAKIS, affirm the truth of the following under the penalty of perjury:

1. I am the sister of Ioanna Dourakis, the debtor in this Chapter 13 proceeding.

2. I reside with my sister in her home at 146-38 15th Avenue, Whitestone, New York.

3. I pay $1,500 per month rent.

4. I am employed at Trevor Day School in Manhattan, New York and have been employed there for approximately five years. I earn over $36,000 per year. Annexed hereto is a letter from my employer reflecting my annual income.

5. I intend to continue contributing part of my income to the household.

By me signing this paper, no-one has the right to come after me financually.

Date:                                           _____Fani Dourakis_____
                                                Fani Dourakis

# Trevor

Trevor Day School

NURSERY-GRADE 5
11 East 89th Street
New York, NY 10128
T 212-426-3300
F 212-410-6507

GRADES 6-12
1 West 88th Street
New York, NY 10024
T 212-426-3360
F 212-873-8520

www.trevor.org

December 2006

To Whom It May Concern:

This letter is to verify that Fani Dourakis has been employed at Trevor Day School for over 5 years. She is a wonderful addition to our staff and an asset to our institution. She is a team player and well liked by her peers.

Presently Fani earns over $36,000 per year.

If you need more information, do not hesitate to correspond.

Sincerely,

*Tuni Schefano*
Tuni Schefano
Benefits Coordinator