| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK | HEARING DATE: March 12, 2007<br>HEARING TIME: 9:00 AM |

---------------------------------------------------------X

In re:

Ionna C. Dourakis a/k/a Joanna Dourakis,

CASE NO.: 07-40174-ess
CHAPTER 13

                Debtor(s).

Judge: Elizabeth S. Stong

---------------------------------------------------------X

## OBJECTION TO CONFIRMATION

**TO: THE HONORABLE ELIZABETH S. STONG,
UNITED STATES BANKRUPTCY JUDGE:**

Aashmita Shravah, Esq., an attorney duly admitted to practice law before this Court, hereby affirms the following under penalty of perjury:

1. I am an attorney regularly associated with the law firm of Rosicki, Rosicki & Associates, P.C., attorneys for the secured creditor, Aurora Loan Services, LLC (hereinafter, "Claimant"), and make this affirmation in objection to the confirmation of the Debtor's proposed Amended Chapter 13 plan (the "Plan").

2. Claimant is a secured creditor of the Debtor pursuant to a Note and Mortgage Agreement executed by the Debtor, securing the property located at 146-38 15th Avenue, Whitestone, NY 11357.

3. The Plan states that the mortgage held by Claimant is current. However, according to Claimant's Proof of Claim dated February 15, 2007, (the "Proof of Claim"), previously filed herein. The Proof of Claim states that there is $5,977.45 in arrears due and owing to Claimant. Although the Amended Plan appears to be adequately funded, it fails to provide to pay arrears due and owing to Claimant.

4. Based on the foregoing, Claimant objects to confirmation because the Plan does not cure the pre-petition arrears owned to Claimant.

5. Pursuant to §1322(b)(3) and (5) of the Bankruptcy Code, the Chapter 13 plan of reorganization must cure a default owed to a creditor that holds a secured claim within a reasonable period of time. The Plan does not cure the default under the Note held by Claimant. Since the Plan does not cure the default under the Note, Claimant objects to confirmation of the Plan.

**WHEREFORE**, Aurora Loan Services, LLC objects to the confirmation of the Chapter 13 Plan submitted by the above named Debtor and respectfully requests that the Chapter 13 petition be dismissed; together with such other relief as this Court deems just and proper.

Dated: February 15, 2007
      Plainview, New York

                            ROSICKI, ROSICKI & ASSOCIATES, P.C.
                            Attorneys for Claimant

                            By: /s/ Aashmita Shravah
                            Aashmita Shravah, Esq. (4680)
                            51 East Bethpage Road
                            Plainview, NY 11803
                            (516) 741-2585

TO:
Ionna C. Dourakis a/k/a Joanna Dourakis
146-38 15th Avenue
Whitestone, NY 11357

Kenneth Halpern, Esq.
666 Old Country Road, Suite 701
Garden City, NY 11530

Marianne DeRosa, Esq.
100 Jericho Quadrangle; Suite 208
Jericho, NY 11753

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
In re:

Ionna C. Dourakis a/k/a Joanna Dourakis,

              Case No.: 07-40174-ess
              Chapter 13

           Debtor(s).
------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                              ) ss:
COUNTY OF NASSAU   )

    Carolyn Gallo-Cruz, being duly sworn, deposes and says:
    I am not a party to this action, am over 18 years of age and reside in Suffolk County, New York. On _____, 2007, I served the within Objection to Confirmation of Plan on the following parties, by depositing a true copy thereof in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

Ionna C. Dourakis a/k/a Joanna Dourakis
146-38 15th Avenue
Whitestone, NY 11357

Kenneth Halpern, Esq.
666 Old Country Road, Suite 701
Garden City, NY 11530

Marianne DeRosa, Esq.
100 Jericho Quadrangle; Suite 208
Jericho, NY 11753

                                                Carolyn Gallo-Cruz

Sworn to before me on this
____ day of _____, 2007
_____
NOTARY PUBLIC

                                      Margaret Humphreys
                                 Notary Public, State of New York
                                   No. 01HU6155832
                                 Qualified in Suffolk County
                              My Commission Expires 11/20/2010

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------

In re:                                          Chapter 13

   Ionna C. Dourakis a/k/a Joanna Dourakis,
                                                            CASE NO. 07-40174-ess

                    Debtor(s).
---------------------------------------------------------


## OBJECTION TO CONFIRMATION OF PLAN


**ROSICKI, ROSICKI & ASSOCIATES, P.C.**
Attorneys for Claimant
51 East Bethpage Road
Plainview, NY 11803
(516) 741-2585