DOURAKNY0001

# THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF NEW YORK BROOKLYN DIVISION

| | | |
|---|---|---|
| IN RE:  IOANNA C DOURAKIS<br>146-38 15TH AVENUE<br>WHITESTONE, NY  11357 | : | CHAPTER:  13 |
| AKA:  JOANNA DOURAKIS | : | CASE NO.:  1-07-40174-ESS |

## PRAECIPE WITHDRAWING THE PROOF OF CLAIM NUMBER 17, FILED BY
## American Express Bank Centurion Bank

Kindly mark as withdrawn the Proof of Claim **Number 17**, filed by American Express Bank Centurion Bank, dated February, 8th, 2007, for account number ending in 2000 in the amount of $8,680.12.

    Respectfully submitted,
    **BECKET & LEE LLP**

DATE: 04/10/2007       BY: /s/THOMAS A LEE III_____
    **Thomas A. Lee III, Esquire**
    16 General Warren Boulevard
    PO Box 3001
    Malvern, PA 19355
    (610) 644-7800
    Attorneys for: American Express Centurion Bank

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NEW YORK BROOKLYN DIVISION**

IN RE:   IOANNA C DOURAKIS                : CHAPTER:  13
             146-38 15TH AVENUE                    :
             WHITESTONE, NY  11357            :
                                                                  :
                                                                  :
                                                                  :
AKA:   JOANNA DOURAKIS                    : CASE NO.:  1-07-40174-ESS
                                                                  :
                                                                  :
                                                                  :

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 10th day of April, 2007, a true and correct copy of the Withdrawal of the Proof of Claim Number 17, filed by American Express Centurion Bank, was served via US First Class Mail, postage pre-paid on the following parties:

MARIANNE DEROSA, Trustee
100 JERICHO QUADRANGLE
SUITE 208
JERICHO, NY  11753

KENNETH HALPERN ESQ
666 OLD COUNTRY ROAD - STE 701
GARDEN CITY, NY  11530

Under penalty of perjury, I declare that the foregoing is true and correct.

　　　　　　　　　　　　　　　　　　　　　　　　/s/THOMAS A LEE III_____
　　　　　　　　　　　　　　　　　　　　　　　　**Thomas A. Lee III, Esquire**
　　　　　　　　　　　　　　　　　　　　　　　　BECKET & LEE LLP
　　　　　　　　　　　　　　　　　　　　　　　　16 General Warren Boulevard
　　　　　　　　　　　　　　　　　　　　　　　　P.O. Box 3001
　　　　　　　　　　　　　　　　　　　　　　　　Malvern, PA 19355
Dated: 04/10/2007　　　　　　　　　　　　(610) 644-7800